**STATE of Missouri, Plaintiff–Respondent,**

v.

**Myron ERSKIN, Defendant–Appellant.**

**No. 58255.**

Missouri Court of Appeals, Eastern District, Division Five.

March 5, 1991.

Melinda K. Pendergraph, Asst. Public Defender, St. Louis, for defendant/appellant.

William L. Webster, Atty. Gen., Joan F. Gummels, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

ORDER

PER CURIAM.

Defendant, Myron Erskin, appeals from his conviction, after a jury trial, of possession of a schedule II controlled substance. He was sentenced as a prior and persistent offender to imprisonment for ten years.

No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed. Rule 30.-25(b).